# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| *In re ALN Medical Management LLC Data Incident Litigation* | Case No. 4:25-cv-03067-SMB-MDN |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Andrew W. Ferich of Ahdoot & Wolfson, PC hereby enters an appearance in this matter as counsel of record for Plaintiffs Cameron Reed, Eugene Rosenberg, Lauren Mullis, Jeffrey Judka, Virginia Gilleland, Robert Meyers, Caroline Hurley, and Timothy Keggins, individually and on behalf of all others similarly situated.

Dated: June 25, 2025                                       Respectfully submitted,

*/s/Andrew W. Ferich*
Andrew W. Ferich
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

*Counsel for Plaintiff and the Putative Class*

1

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all current counsel of record.

*/s/ Andrew W. Ferich*
Andrew W. Ferich